Christopher R. ELLIS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 75860.

Missouri Court of Appeals,
Western District.

Jan. 28, 2014.

Jeannie Willibey, Assistant Appellate Defender, Kansas City, MO, for Appellant.

Chris Koster, Attorney General, and Karen L. Kramer, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division I: CYNTHIA L. MARTIN, Presiding Judge, and MARK D. PFEIFFER and KAREN KING MITCHELL, Judges.

### Order

PER CURIAM:

Christopher R. Ellis appeals the Judgment of the Circuit Court of Caldwell County, Missouri, denying his Rule 24.035 motion for post-conviction relief. Because a published opinion would have no precedential value, a memorandum of law has

been provided to the parties. The judgment is affirmed. Rule 84.16(b).